# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

CSI1000, INC. d/b/a ARCHIVE1024,    )
   )
        Plaintiff,    )
   )
     v.    )   CIVIL ACTION NO.:  3:13-cv-638
   )
BISHOP TECHNOLOGIES, INC.,    )
ARCHIVE360, INC., ROBERT ("Bob")    )
DeSTENO, MARGARET DeSTENO,    )
NICHOLAS ("Nick") CZECZULIN,    )
TIBERIU ("Tibi") POPP, ADELINA POPP,    )
FIVE TIMES, LLC, RBD CONSULTING, LLC,    )
and DALE MCVEEN,    )
   )
        Defendants.    )

## ORDER

This matter is before the Court on Defendants Bishop Technologies, Inc., Archive360, Inc., and Dale McVeen's Joint Consent Motion for Expedited Discovery (Doc. No. 20). The Court being fully advised of Plaintiff's consent and for good cause shown, finding it warranted and necessary in light of the circumstances, hereby **ORDERS** as follows:

Defendants' Motion for Expedited Discovery in advance of the January 31, 2014 hearing on Plaintiff's Motion for a Preliminary Injunction (Doc. No. 20) is **GRANTED** as follows:

     a.     Plaintiff is required to respond to Defendants' interrogatories and document requests within 15 days of the date of this Order, unless both parties consent to a later date;

     b.     The parties are to conduct depositions of Plaintiff no later than January 10, 2014, unless both parties consent to a later date;

       c.      Defendants are authorized to serve subpoenas to other persons with whom Plaintiff has had communications relevant to the allegations in the Complaint and the Motion for a Preliminary Injunction.


**SO ORDERED.**


Signed: December 20, 2013

Graham C. Mullen
United States District Judge