# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CSI1000, INC. d/b/a ARCHIVE1024; <br><br>Plaintiff, <br><br>vs. <br><br>BISHOP TECHNOLOGIES, INC.; ARCHIVE360, INC.; ROBERT ("Bob") DeSTENO; MARGARET DeSTENO; NICHOLAS ("Nick") CZECZULIN; TIBERIU ("Tibi") POPP; ADELINA POPP; FIVE TIMES, LLC; RBD CONSULTING, LLC; and DALE MCVEEN, <br><br>Defendants. | CIVIL ACTION NO: 3:13-cv-638 <br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Compel Financial Records (Doc. No. 39) and Plaintiff's Memorandum in Opposition (Doc. No. 41). The Court previously ordered a hearing on Plaintiff's Motion for a Preliminary Injunction, scheduled for Friday January 31, 2014, and in advance of that hearing, ordered expedited discovery (Doc. Nos. 19 & 21). Pursuant to those orders, and for good cause shown, Defendants' Motion is **GRANTED** in part and **DENIED** in part.

To the extent that Defendants request the production of banking records for the accounts associated with Archive1024, the Court finds that these records are relevant to these proceedings as an accounting of the business at issue. To the extent that Defendants request the banking records of CSI1000, Inc., and Mr. Mojica personally, the Court finds that, at this early stage in the litigation, these records are not relevant to the preliminary injunction determination contemplated in the Court's orders for expedited discovery.

**IT IS THEREFORE ORDERED** that Defendants' Motion is **GRANTED** insofar as Plaintiff, in response to Defendant's requests for production numbers 38, 39, and 43, is ordered to produce all banking records associated with Archive1024 **through the present time** within three (3) days of the date of this order.

Defendant's Motion is **DENIED** insofar as:

1. The Court will not compel Defendant's requests for production numbers 40, 41, 42, 44, and 45.
2. Defendants' request for fees is **DENIED**.

**SO ORDERED.**

Signed: January 24, 2014

Graham C. Mullen
United States District Judge