IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CSI1000, INC. d/b/a ARCHIVE1024;<br><br>  Plaintiff,<br><br>vs.<br><br>BISHOP TECHNOLOGIES, INC.; ARCHIVE360, INC.; ROBERT ("Bob") DeSTENO; MARGARET DeSTENO; NICHOLAS ("Nick") CZECZULIN; TIBERIU ("Tibi") POPP; ADELINA POPP; FIVE TIMES, LLC; RBD CONSULTING, LLC; and DALE MCVEEN,<br><br>  Defendants. | CIVIL ACTION NO: 3:13-cv-638<br><br>**ORDER** |

**THIS MATTER** is before the Court *sua sponte*. The Court has received verbal communication from counsel for both Plaintiff and Defendants. As settlement discussions are ongoing and appear to be productive, counsel have asked that the hearing on Plaintiff's Motion for a Preliminary Injunction, previously ordered by the Court and scheduled for Friday, January 31, 2014, be postponed indefinitely.

**IT IS THEREFORE ORDERED** that the hearing scheduled for Friday, January 31, 2014 at 11 a.m. is postponed. If it becomes necessary, the Court will reschedule that hearing for a later date.

**SO ORDERED.**

Signed: January 28, 2014

Graham C. Mullen
United States District Judge